JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LAZARO AGUILON PEREZ,
Petitioner,
v.
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,
Respondents.

Case No. 5:26-cv-01237-SB-SP

**JUDGMENT**

The Court issued an order accepting the unchallenged recommendation of the magistrate judge without independently reviewing or adopting the reasoning supporting it. Accordingly, it is hereby adjudged that the petition for a writ of habeas corpus is granted.

Dated: October 13, 2026

Stanley Blumenfeld Jr.
United States District Judge